JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 522-6031
   Facsimile: (415) 436-7234
   E-Mail: Patricia.Spaletta@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> CARLOS RAMOS-PINEDO, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | Criminal No. 3-10-70187-EMC <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MARCH 26 2010, TO APRIL 16, 2010 |

    The parties appeared before the Honorable Joseph C. Spero on March 26, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to a waiver of time for indictment under Federal Rule of Criminal Procedure 5.1(d) and to an exclusion of time for indictment under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 26, 2010 to April 16, 2010, in light of the need for the defendant to consider a pre-indictment plea offer. The Government has provided defense counsel with a pre-indictment plea offer and discovery and defense counsel and the defendant needs additional time to meaningfully consider the pre-indictment offer. Failure to grant the requested Speedy Trial continuance would unreasonably deny defense counsel reasonable time necessary for

STIPULATION AND [~~PROPOSED~~] ORDER
EXCLUDING TIME
CR 3-10-70187 - EMC

effective preparation, taking into account the exercise of due diligence and the need for counsel to obtain and review the discovery, specifically the record of conviction, with the defendant.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from March 26, 2010 to April 16, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Also given these circumstances, the Court found that good cause exists under Federal Rule of Criminal Procedure 5.1(d) to extend the time limit for indictment.

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from March 26, 2010, to April 16, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(b), (h)(7)(A), and (B)(iv) and that good cause exists to excuse the time limitations for indictment under Federal Rule of Criminal Procedure 5.1(c) and (d).

IT IS SO STIPULATED.

DATED: March 26, 2010          /s/
                               STEVEN KALAR
                               Assistant Federal Public Defender

DATED: March 26, 2010          /s/
                               PATRICIA SPALETTA
                               Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 03/29/2010



THE HONORABLE _____
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER
EXCLUDING TIME
CR 3-10-70187 - EMC                    2