IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CARLOS RAMOS-PINEDO,<br><br>   Defendant. | No. CR 3:10-mj-70187 MAG<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING ARRAIGNMENT |

    The defendant Carlos Ramos-Pinedo is currently charged in a criminal complaint with a single violation of 8 USC § 1326, illegal reentry. In this stipulated order the parties represent that they are finalizing discussions of a pre-indictment fast-track disposition that they anticipate will result in a plea of guilt at the defendant's initial district court appearance.

    The defendant is currently scheduled to be arraigned on Friday, April 16, 2010 at 9:30 a.m. After that date was set, defense counsel became unavailable for that hearing due to a work-related assignment that will take him out of district.

    The defense has accordingly moved to continue the arraignment until Tuesday, May 4, 2010. The government has no objection to this request. The parties agree that good cause exists under Federal Rule of Criminal Procedure 5.1 to extend the date for arraignment, in light of defense counsel's unavailability and the negotiations for a pre-indictment "fast-track"

disposition.

Therefore, for good cause shown the arraignment on April 16, 2010 at 9:30 a.m. is vacated. The matter shall be added to the duty magistrate's calendar on Tuesday, May 4, 2010 at 9:30 a.m. for arraignment on what is anticipated to be an Information. The Court finds that good cause exists under Federal Rule of Criminal Procedure 5.1 to extend the time for arraignment or preliminary hearter.

IT IS SO ORDERED.

April 12, 2010
DATED

BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO STIPULATED.

April 12, 2010                     /s
DATED                         JOSEPH P. RUSSONIELLO
                              United States Attorney
                              Northern District of California
                              PATRICIA SPALETTA
                              Special Assistant United States Attorney


April 12, 2010                     /s
DATED                         BARRY J. PORTMAN
                              Federal Public Defender
                              Northern District of California
                              STEVEN G. KALAR
                              Assistant Federal Public Defender